UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hubbard Broadcasting, sued as "Hubbard Broadcasting, Inc.", a Minnesota corporation,

Plaintiff,

v.

Shipbuilders of Wisconsin, Inc., a Wisconsin corporation d/b/a Burger Boat Company,

Defendant.

Civil 00-1837 DWF/SRN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: August 14, 2000.

SUSAN RICHARD NELSON
United States Magistrate Judge

2

FILED AUG 14 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

F I L E C O P Y

Date: August 17, 2000 jr

R E C O R D O F D O C K E T T E X T

0:00-cv-01837 Hubbard Broadcasting v. Shipbuilders

DOCKET ENTRY

ORDER OF RECUSAL (Magistrate Judge Susan R. Nelson) Case referred to Magistrate Judge John M. Mason (4-00 AD 248) 1pg(s) (cc: all counsel)

Hon. Donovan W Frank, Judge

THIS NOTICE SENT TO ALL COUNSEL